John W. Hunter
213 N. 15th Avenue
Hopewell, VA  23860

804-926-0783

mail when completed.

RECEIVED
NOV 12 2014
CLERK, U.S. DISTRICT COURT
RICHMOND, VA